IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,
        Plaintiff,

    v.

MOZAFAR HENDESSI; MANSSAOR HENDESSI; MOHAMMAD H. HENDESSI,

        Defendants.

02:09-cv-00562-GEB-GGH

<u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

        Plaintiff states in his status report filed on May 14, 2009, he "has filed a request for Clerk's Entry of Default as to all Defendants [and] anticipates a motion date in July of 2009." (Status Report at 3.) If the referenced motion is not filed on or before July 6, 2009, Plaintiff shall show cause in a filing due on or before July 7, 2009, why this action should not be dismissed for failure of prosecution.

        The status (pretrial scheduling) conference scheduled in this case for June 1, 2009, shall be continued to commence at 9:00 a.m. on October 19, 2009. Plaintiff shall file a status report not

1

later than fourteen days prior to the October 19 scheduling conference, in which Plaintiff is only required to explain the status of the default motion.

IT IS SO ORDERED.

Dated: May 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge